UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL MIYAMOTO, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-06900-NW<br><br>**ORDER OF DISMISSAL** |

Plaintiff Corey Bell, an inmate at San Francisco County Jail, filed a pro se civil rights lawsuit pursuant to 42 U.S.C. § 1983. ECF No. 1. His complaint was dismissed with leave to amend on December 2, 2024. ECF No. 8. On April 23, 2025, the Court granted Bell a sua sponte 28-day extension of time to file an amended complaint. ECF No. 13. The Court warned Bell that failure to file an amended complaint within the deadline would result in the dismissal of his case without prejudice. *Id.* at 3. The deadline has passed, and Bell has not filed an amended complaint or otherwise corresponded with the Court. This matter is therefore **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　Noël Wise
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge